# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 11-30091 |
| Treva M. Wright, | ) | Chapter 7 |
| Debtor. | ) | JUDGE MARY ANN WHIPPLE |

## MOTION TO COMPEL ATTENDANCE
## AT FIRST MEETING OF CREDITORS

Now comes Louis Yoppolo, Trustee, and respectfully requests the Court enter an order compelling the Debtor and Counsel for Debtor herein to appear at the 341 Meeting of Creditors scheduled herein for May 4, 2011 at 4:30 p.m.

Respectfully submitted,

By: /s/ Louis J. Yoppolo
LOUIS J. YOPPOLO, TRUSTEE
1200 Edison Plaza
300 Madison Avenue
Toledo, OH 43604-1556
Telephone: (419) 243-6281
Fax: (419) 243-0129

## NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE

All parties entitled to notice herein are hereby notified that they have fourteen (14) days to respond to this Motion and/or request a hearing. If a response or request for hearing is not timely filed with the Court and served upon Movant, c/o Louis J. Yoppolo, 1200 Edison Plaza, 300 Madison Avenue, Toledo, Ohio, 43604, the Court may grant the relief requested without a hearing.

/s/ Louis J. Yoppolo
Louis J. Yoppolo

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Compel Attendance was sent this 8 day of April, 2011, to the following:

**Electronically:**

Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue E, Suite 441
Cleveland, OH   44114

Diana Khouri, Esq.
Attorney for Debtor
dianakhouriohio@gmail.com

**Regular U.S. Mail:**

Treva M. Wright
3315 Arlington Ave., Apt. 64
Toledo, OH   43614

/s/ Louis J. Yoppolo
Louis J. Yoppolo