United States Bankruptcy Court
Northern District of Ohio

```
In re:                                                          Case No. 11-30091-maw
Treva Monique Wright                                            Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0647-3          User: mknei            Page 1 of 1            Date Rcvd: May 11, 2011
                              Form ID: pdf755        Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2011.
db          +Treva Monique Wright,   3315 Arlington Ave Apt. 64,   Toledo, OH 43614-2447
            +Diane Khouri,   6300 Rockside Road #204,   Cleveland, OH 44131-2221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2011**                    **Signature:** _Joseph Speetjens_

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



**Dated: May 11 2011**

Mary Ann Whipple
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | **Case No. 11-30091** |
| | ) | |
| Treva Monique Wright | ) | **Chapter 7** |
| | ) | |
| **Debtor(s).** | ) | |
| | ) | **JUDGE MARY ANN WHIPPLE** |

## <u>HEARING ORDER</u>

This case comes before the court upon the Motion of the United States Trustee [Doc #18] to Review Counsel's Signature on the ECF Declaration form filed on January 13, 2011 [Doc #8]. This matter will be set for hearing.

For good cause shown,

**IT IS ORDERED** that the above referenced case is scheduled for hearing before the Honorable Mary Ann Whipple, United States Bankruptcy Judge, on **June 29, 2011, at 2:00 p.m.**, Courtroom No. 2, Room 103, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.