PROCEEDING MEMO
HONORABLE MARY ANN WHIPPLE

In Re:

**Treva Monique Wright**

Debtor(s).

Case No. **11-30091**

NATURE OF PROCEEDING:

Motion to Review Counsel's Signature on ECF Declaration Form [Doc. # 18]

APPEARANCES:
~~Debtor(s)~~
~~Atty for Debtor(s): Diana Khouri~~
~~Atty for Creditor:~~
Atty for UST: Dean Wyman

- [x] HEARING HELD
- [ ] EVIDENCE SUBMITTED
- [ ] DISMISSED
- [ ] HEARING NOT HELD
- [ ] TAKEN UNDER ADVISEMENT
- [ ] MOTION TO CONTINUE F/C ___ DAYS
- [ ] MOTION CUT-OFF
- [ ] AGREED ENTRY ON OR BEFORE ___ DAYS
- [ ] DISCOVERY CUT-OFF
- [ ] STATUS REPORT ON OR BEFORE ___ DAYS
- [ ] MOTION TO BE WITHDRAWN ___ DAYS
- [ ] FINAL PRE-TRIAL
- [ ] OBJECTION TO BE WITHDRAWN ___ DAYS
- [ ] GRANTED  [ ] APPROVED  [ ] DISAPPROVED
- [ ] TRIAL
- [ ] NOT DISAPPROVED  [ ] SUSTAINED
- [ ] DENIED  [ ] With Prejudice  [ ] Without Prejudice
- [x] ADJOURNED TO  7/20/11 @ 1:30 PM

COMMENTS OF COURT:
(1) Ms. Khouri will be ordered to appear
(2) Failure to appear will constitute judicial admission of averments of motion

HEARING DATE: Wednesday, June 29, 2011

FOR COURT USE ONLY:
- [ ] Order Uploaded
- [x] For WP Docket
- [x] Need Order
- [ ] Return for Order

11-30091-maw    Doc 29    FILED 06/29/11    ENTERED 06/30/11 14:00:31    Page 1 of 1