**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 11-30091 MAW Judge: MARY ANN WHIPPLE
Case Name: WRIGHT, TREVA MONIQUE
For Period Ending: 07/01/11

**INITIAL REPORT**

Trustee Name: LOUIS J. YOPPOLO, TRUSTEE
Date Filed (f) or Converted (c): 01/10/11 (f)
341(a) Meeting Date: 03/09/11
Claims Bar Date: TO BE APPLIED FOR

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. CLOTHING | 300.00 | 0.00 | DA | 0.00 | FA |
| 4. 2004 KIA OPTIMA | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 5. POSSIBLE UNKNOWN ASSET | 0.00 | 1.00 | | 0.00 | 1.00 |

TOTALS (Excluding Unknown Values) | $5,800.00 | $1.00 | | $0.00 | $1.00

Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 1---Asset scheduled with value as zero.
RE PROP# 5---Debtor has not appeared at scheduled 341 Hearings. Trustee filed complaint to deny
  discharge - pretrial scheduled for July 19, 2011. Trustee is not able to determine if there are any
  recoverable assets in this estate until 341 hearing. Trustee's value has been marked unknown asset
  as having a value of $1.00.

Initial Projected Date of Final Report (TFR): 03/01/12    Current Projected Date of Final Report (TFR): 03/01/12

/s/ LOUIS J. YOPPOLO, TRUSTEE
_____ Date: 07/01/11
LOUIS J. YOPPOLO, TRUSTEE

PFORM1

Ver: 16.02b