```
                         United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                       Case No. 11-30091-maw
Treva Monique Wright                                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-3          User: mclar              Page 1 of 1         Date Rcvd: Jun 30, 2011
                              Form ID: pdf755          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2011.
db            +Treva Monique Wright,    3315 Arlington Ave Apt. 64,    Toledo, OH 43614-2447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2011**                    Signature:  _Joseph Speetjens_

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



**Dated: June 30 2011**

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 11-30091 |
| | ) | |
| Treva Monique Wright, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | JUDGE MARY ANN WHIPPLE |

### HEARING ORDER

This case came before the court for hearing on June 29, 2011, on the United States Trustee's Motion to Review Counsel's Signature on ECF Declaration Form ("Motion") [Doc. # 18]. Counsel for the United States Trustee appeared in person. There was no appearance by Diana Khouri, Debtor's attorney.

For good cause shown,

**IT IS ORDERED** that the Motion [Doc. # 18] is hereby scheduled for *Further Hearing* on **July 20, 2011, at 1:30 p.m.**, in Courtroom No. 2, Room 103, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio; and

**IT IS FURTHER ORDERED** that Diana Khouri must appear in person at the July 20, 2011, hearing. Diana Khouri's failure to appear will constitute a judicial admission of facts and arguments raised in the Motion.